United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MICHAEL DECARLO WRIGHT, | Case No. 18-cv-02196-LB |
| Plaintiff, | |
| v. | **ORDER REASSIGNING CASE; REPORT AND RECOMMENDATION TO DISMISS COMPLAINT** |
| TNDC, *et al*., | |
| Defendants. | |

The plaintiff is representing himself and is proceeding *in forma pauperi*s.[1] The court previously dismissed his complaint on May 14, 2018 and his amended complaint on July 11, 2018, each time with leave to amend.[2] Both orders addressed the deficiencies with any claim under the Americans with Disabilities Act, and the July 11 order gave Mr. Wright leave to file an amended complaint by August 16, 2018.[3] Mr. Wright did not file an amended complaint.[4] He consented to the undersigned's jurisdiction, but the defendants have not been served and thus have not appeared or consented to magistrate-judge jurisdiction. Without the consent of all parties, including

---

[1] Amended. Compl. ("FAC") – ECF No. 10. Record citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

[2] Orders – ECF No.9, 13.

[3] Order – ECF No. 9 at 5; Order – ECF No. 13 at 6–10.

[4] *See* Docket.

1 unserved defendants, the undersigned lacks jurisdiction. *See Williams v. King*, 875 F.3d 500, (9th

2 Cir. 2017).[5] The court thus must reassign the case.

3 The court directs the Clerk of Court to reassign the case to a district judge and, for the reasons

4 stated in its two prior orders (attached), recommends that the newly assigned judge dismiss Mr.

5 Wright's complaint.

**IT IS SO ORDERED.**

Dated: August 28, 2018

LAUREL BEELER
United States Magistrate Judge

---

[5] Consent – ECF No. 7; *see* Docket.