UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DECARLO WRIGHT,<br><br>       Plaintiff,<br><br>   v.<br><br>TNDC, et al.,<br><br>       Defendants. | Case No. 18-cv-02196-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL**<br><br>Re: Dkt. No. 15 |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Re Dismissal. *See* Dkt. No. 15. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, IT IS HEREBY ORDERED that this case is dismissed. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 11/20/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge